# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **JOSUE M. REYES VELEZ [11],** *Defendant*. | Case No. 21-132-[11] (RAM) |

## WRIT OF *HABEAS CORPUS AD PROSEQUENDUM*

TO: The U.S. Marshal or any Deputy Marshal and/or Police of Puerto Rico Agents, affiliated with the Federal Bureau of Investigations (FBI), or any other federal agent and the Ponce 676 Correctional Facility, Ponce, Puerto Rico, or any other correctional institution, within the Correction Administration of Puerto Rico.

It appears from the Petition of the United States of America that **JOSUE M. REYES VELEZ**, confined at the Ponce 676 Correctional Facility, Ponce, Puerto Rico, is needed in the United States District Court for Puerto Rico to appear in the above-captioned case for Initial Appearance as soon as possible and for all further judicial proceedings.

IT IS THEREFORE ORDERED that the United States Marshal or any Deputy Marshal and/or Federal Bureau of Investigations (FBI), Police of Puerto Rico Agents affiliated with the Federal Bureau of Investigations (FBI), or any other federal agent, have the body of **JOSUE M. REYES VELEZ**, in custody as aforesaid, under safe and secure conduct before this Court at San Juan, Puerto Rico, for Initial Appearance and for all further judicial proceedings.

Further, this is to command you, the Ponce 676 Correctional Facility, Ponce, Puerto Rico, to deliver into the custody of the United States Marshal or any Deputy Marshal and/or Federal Bureau of Investigations (FBI) Agents, Police of Puerto Rico Agents affiliated with the Federal Bureau of Investigations (FBI) or any other federal agent, upon production to you of a certified copy of this Writ, the body of defendant **JOSUE M. REYES VELEZ** for safe and secure conduct to the District Court for the purpose aforesaid.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this _____ day of April 2021.

_____
**Hon. Raúl M. Arias**
United States District Judge
District of Puerto Rico